**Jean–Claude RINEHART,**
**Plaintiff–Appellant,**

v.

**Theodis BECK; Boyd Bennett; James Pierce; Lewis Smith; James Hunsucker; John Godfrey; J. Kelly; T. Hildreth; Mr. Carliss; Mr. Waln; Ms. Harwood; Two Unknown Mail Room Workers; Dr. Paula Smith; Alvin Keller; Debra B. Morris; Ms. Barringer; Billie S. Martin, Defendants–Appellees.**

No. 11–1074.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 28, 2011.

Decided: Aug. 1, 2011.

Jean–Claude Rinehart, Appellant Pro Se. Oliver Gray Wheeler, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jean–Claude Rinehart appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rinehart v. Beck*, No. 5:09–ct–03019–D, 2011 WL 52360 (E.D.N.C. Jan. 5, 2011). We further deny Rinehart's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*